# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

# MEMO ENDORSED

MY DIRECT DIAL IS: (631) 247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

May 8, 2026

**VIA ECF**

Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Escobar et al. v. St. Marks 2 Bros Pizza, Inc. et al.*
      Case No.: 1:25-cv-07941-ER

Dear Judge Ramos:

As counsel for Defendants in the above-referenced matter, we write jointly with Plaintiffs' counsel and pursuant to the Court's April 24, 2026 Order (Dkt. No. 27). The parties are continuing to discuss potential resolution of this matter and respectfully request until May 15, 2026 to provide further status to the Court regarding same. This is the parties' second request for an extension of this deadline; it does not impact any other deadlines.

We thank the Court for its time and continued attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

s/ Brian J. Shenker

Brian J. Shenker

BJS

cc:   All Counsel of Record

4934-2014-8137, v. 1

The request is granted. The parties are hereby directed to file a status letter by May 15, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 8, 2026
New York, New York