LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**Via ECF** July 27, 2026

The Honorable Edgardo Ramos, U.S.D.J.
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *Escobar et al v. St. Marks 2 Bros Pizza, Inc. et al*
Case No.: 1:25-cv-07941

Dear Judge Ramos:

We are counsel to Plaintiffs in the above-referenced matter and write, jointly with counsel to Defendants, to respectfully request an extension of one week to file the class settlement approval motion, pursuant to the Court's Order dated June 26, 2026. (Dkt. No. 36).

The parties anticipate that this will be the final extension requested.

We thank Your Honor for considering on this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

The request is granted. The parties may file the settlement agreement for approval by August 3, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 28, 2026
New York, New York